IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   11 CR 04-7 |
| | ) | |
| DANIEL HABEEL, | ) | Honorable Jeffrey T. Gilbert |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

## AGREED HIPAA QUALIFIED PROTECTIVE ORDER

Upon the parties' agreed motion for a protective discovery order compliant with the terms of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. 164.512(e)(1)(v)(A) and (B), it is hereby ORDERED as follows:

1. That the Department of Veterans Affairs ("VA"), VA Hospital and any other Physician employed by the Department of Veterans Affairs or VA Hospital shall produce the entire medical record of Patient DANIEL HABEEL, (DOB: 09-07-1951).

2. The materials provided to the parties pursuant to this order may be used by the parties to this litigation and their attorneys solely in connection with the litigation or proceeding for which such information was requested and for no other purpose and in connection with no other proceedings.

3. At the end of the litigation or proceeding, or the discharge of the defendant from any sentence imposed by the court, whichever is later, the materials provided to the parties pursuant to this order (including all copies made) shall be returned to the producing entity or destroyed by the receiving party or parties.

4.  That the parties to this litigation shall attach a copy of this Order to any Subpoena pursuant to Illinois law directed to the Department of Veterans Affairs, VA Hospital and any other Physician employed by the Department of Veterans Affairs or VA Hospital and intended to require the production of the medical records of Patient, DANIEL HABEEL, as referenced above.

5.  That the Clerk of the United States District Court is commanded to certify this order at no charge to the Plaintiff or the Defendant as this Court has found DANIEL HABEEL to be indigent and entitled to subpoenas under Federal Rule of Criminal Procedure 17.

Dated: April 6, 2011

Enter:

_____
Magistrate Judge